IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| BP PRODUCTS NORTH AMERICA INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant BP Products North America Inc. ("BP Products"), named in a civil action now pending in Texas state court, files this Notice of Removal of the action brought against it by Plaintiff La Brandon Washington, the named Plaintiff in the civil action pending in state court. The grounds in support of this Notice of Removal are as follows:

1.      **The State Court Action.** Plaintiff filed suit against BP Products on or about June 26, 2023, in the 61st Judicial District Court of Harris County, Texas, under Cause No. 2023-39064 ("the State Court Action").[1] On June 29, 2023, BP Products was served with the citation and a copy of the initial pleading in the State Court Action.[2] In the State Court Action, Plaintiff seeks to recover damages for injuries he allegedly suffered after allegedly being struck by a falling bag of tools while working at BP Products' Cherry Point Refinery. In order to avoid the entry of a default judgment, BP Products filed its Original Answer in the State Court Action.[3]

2.      The following pleadings, attached hereto, have been filed by the parties in the State Court Action:

---

[1]  A true and correct copy of the Plaintiff's Original Petition in the State Court Action is attached hereto as Exhibit A.
[2]  A true and correct copy of the executed Citation for BP Products is attached hereto as Exhibit C.
[3]  A true and correct copy of BP Products' Original Answer is attached hereto as Exhibit D.

**Notice of Removal of Civil Action**                                                                        **Page 1**

Exhibit A        Plaintiff's Original Petition

Exhibit B        Copy of Plaintiff's request for issuance of service

Exhibit C        Copy of executed process for BP Products North America Inc.

Exhibit D        BP Products North America Inc.'s Original Answer

3.        These documents represent the entirety of all pleadings filed thus far in the State Court Action. A list of all counsel of record is attached hereto as Exhibit E. The docket sheet in the State Court Action is attached hereto as Exhibit F.

4.        **This Notice is Timely Pursuant to 28 U.S.C. §1446(b).** This Notice of Removal of Civil Action is timely pursuant to 28 U.S.C. § 1446(b) because the State Court Action is being removed within the thirty (30) day period after BP Products was served with a copy of the initial pleading.

5.        **Original Federal Jurisdiction Exists Over the Petition Pursuant to Diversity Jurisdiction.** The State Court Action may be removed to this Court based on diversity. Plaintiff is a Louisiana resident. BP Products is a corporation organized under the laws of the state of Maryland and its principal place of business is in Illinois. Therefore, it is not a Texas citizen.

6.        Because Plaintiff is a citizen of Louisiana and BP Products is a citizen of Illinois, there is complete diversity between the parties. *See* 28 U.S.C. §1332(a)(1).

7.        **Notice Filed in the State Court.** Promptly after filing this Notice of Removal, written notice thereof will be given to Plaintiff and a copy of this Notice of Removal will be filed with the District Clerk of Harris County, Texas, as required by law.[4]

---

[4] A true and correct copy of the Notice being filed with the District Court of Harris County, Texas is attached as Exhibit G.

## CONCLUSION

BP Products has complied with the procedural requirements of 28 U.S.C. § 1446(b). This Court has removal jurisdiction based on diversity jurisdiction. Accordingly, removal of this case is proper pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By: *s/ Thomas W. Taylor*
    Thomas W. Taylor
    State Bar No. 19723875
    Federal Bar No. 3906
    4200 JPMorgan Chase Tower
    600 Travis Street
    Houston, Texas 77002
    (713) 220-4200
    (713) 220-4285 (facsimile)
    ttaylor@huntonak.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT BP PRODUCTS NORTH AMERICA INC.**

**OF COUNSEL:**

**HUNTON ANDREWS KURTH LLP**

Georgia L. Lucier
State Bar No. 24043523
Federal Bar No. 589122
glucier@huntonak.com
Raymond G. Randle, Jr.
State Bar No. 24004873
Federal Bar No. 23155
rrandle@huntonak.com
Megan E. Brown
State Bar No. 24097428
Federal Bar No. 510120
mebrown@huntonak.com
4200 JPMorganChase Tower
600 Travis Street
Houston, Texas 77002

(713) 220-4200
(713) 220-4285 (facsimile)

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system and that service will be accomplished by the CM/ECF system to all attorneys of record.

By: *s/ Thomas W. Taylor*
Thomas W. Taylor