IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| BP PRODUCTS NORTH AMERICA INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## INDEX OF MATTERS BEING FILED

As required by Local Rule 81, Defendant BP Products North America Inc. provides the following index of matters being filed:

Exhibit A     Plaintiff's Original Petition

Exhibit B     Copy of Plaintiff's request for issuance of service

Exhibit C     Copy of executed process for BP Products North America Inc.

Exhibit D     BP Products North America Inc.' Original Answer

Exhibit E     List of All Counsel

Exhibit F     Docket Sheet in State Court Action

Exhibit G     State Court Notice of Filing of Removal