# Exhibit A

6/26/2023 12:02 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76954124
By: Monica Jackson
Filed: 6/26/2023 12:02 PM

CAUSE NO. _____

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| BP PRODUCTS NORTH AMERICA INC. | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

La Brandon Washington ("Plaintiff") files this Original Petition complaining of BP Products North America, Inc. ("Defendant") and would respectfully show the Court the following:

**I.**

### DISCOVERY LEVEL

1. Discovery may be conducted under Level 2 of the Texas Rules of Civil Procedure.

**II.**

### NATURE OF THE CASE

2. Plaintiff brings this negligence and gross negligence action against Defendant as a result of an incident that occurred on April 24, 2023.

**III.**

### PARTIES

3. Plaintiff La Brandon Washington is a resident of Louisiana.

4. Defendant BP Products North America Inc. ("BP") is a Texas resident and maintains its headquarters in Houston, Texas. BP may be served with process through its

registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

## IV.

### JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this case as the claims asserted arise under the common law of Texas and Plaintiff has been damaged in a sum far in excess of the jurisdictional limits of this Court.

6.     This case is not removable because Defendant is a citizen of Texas and therefore "at home" in Texas. See 28 U.S.C. § 1441(b)(2). A corporation is a citizen of every state in which it is incorporated or has its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant BP Products North America Inc. maintains its principal place of business in Houston, Texas.

7.     The Court has personal jurisdiction over Defendant BP Products North America Inc. due to Texas citizenship and business conducted in Texas.

8.     Venue is proper because Defendant maintains its principal office in Harris County. TEX. CIV. PRAC. & REM. CODE § 15.002.

## V.

### FACTS

9.     On or about April 24, 2023, Plaintiff was working at BP's Cherry Point Refinery when a bag of tools fell from height and struck him. The blow to his head and upper body resulted in serious injuries.

2

10.     BP did not take proper precautions, safely coordinate and supervise work, and maintain a safe work environment. As a result, without warning, the heavy bag of tools was dropped on Plaintiff while he was working.

11.     BP's management in Houston failed to implement adequate safety procedures and other precautions in its oversight, direction, and control of the work at the Cherry Point Refinery. These failures exposed Plaintiff to hazards during his work and caused his injuries.

12.     As a direct and proximate result of BP's acts and omissions, Plaintiff suffered severe and debilitating injuries, pain, and distress, including injuries to his head, neck, shoulders, and other parts of his body. Plaintiff also sustained emotional injuries. Plaintiff has been unable to work. All of Plaintiff's injuries are ongoing and in all likelihood are permanent.

## VI.

### CAUSES OF ACTION

#### A.     *Negligence and Gross Negligence*

13.     Plaintiff repeats and realleges each allegation contained above.

14.     Plaintiff sustained injuries when Defendant committed negligent and grossly negligent acts and omissions, including the following:

      a.     failure to warn of hazards;

      b.     failure to provide proper instructions;

      c.     failure to properly train employees;

      d.     failure to properly supervise employees;

      e.     failure to maintain a safe work environment;

      f.     failure to properly supervise work being performed;

      g.     failure to provide warnings of dangerous conditions;

3

Certified Document Number: 108866065 - Page 3 of 7

Certified Document Number: 108866065 - Page 4 of 7

h.      failure to monitor hazards;

i.      failure to inspect equipment;

j.      failure to delineate safe zones;

k.      failure to properly inspect the premises;

l.      failure to implement adequate safety policies and procedures;

m.      failure to ensure safety systems were adequate and functional;

n.      violations of applicable rules, regulations, and standards;

o.      vicariously liable for the acts and omissions of their employees and agents; and

p.      other acts deemed negligent and grossly negligent.

15.      As a direct and proximate result of Defendant's conduct, Plaintiff sustained severe injuries to his body, which resulted in physical pain, impairment, and other medical problems. Plaintiff also suffers from discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment, and mental anguish will continue indefinitely. Plaintiff has suffered a loss of earnings in the past and a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries.

16.      In addition, Plaintiff is entitled to punitive or exemplary damages because Defendant's aforementioned actions were grossly negligent. Defendant acted with flagrant and malicious disregard for Plaintiff's and others' health and safety. Defendant was objectively and subjectively aware of the extreme risk posed by the conditions which caused Plaintiff's injuries but did nothing to rectify them. Defendant's acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiff and

4

others. Defendant had actual, subjective awareness of the risk and consciously disregarded the risk. Accordingly, Plaintiff is entitled to exemplary damages.

## VII.

## DAMAGES

17.    Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court. As a result of Defendant's negligence and gross negligence, Plaintiff has suffered and seeks recovery for his damages, including the following:

a.    Compensatory damages;

b.    Actual damages;

c.    Consequential damages;

d.    Exemplary damages;

e.    Past and future economic damages, including but not limited to lost wages;

f.    Past and future pain and suffering;

g.    Past and future mental anguish;

h.    Past and future impairment;

i.    Past and future disfigurement;

j.    Loss of household services;

k.    Pre-judgment interest;

l.    Post-judgment interest;

m.    Costs of court;

n.    Attorney fees;

o.    All other relief to which Plaintiff is justly entitled, either at law or in equity.

Certified Document Number: 108866065 - Page 5 of 7

18.    In accordance with TEX. R. CIV. P. 47, Plaintiff states that he seeks monetary relief over $1,000,000.

## VIII.

### JURY TRIAL DEMAND

19.    Plaintiff hereby demands a trial by jury on all claims.

## IX.

### PRAYER

20.    Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, attorneys' fees, and all such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*

Kurt B. Arnold
SBN: 24036150
karnold@arnolditkin.com
J. Kyle Findley
SBN: 24076382
kfindley@arnolditkin.com
John G. Grinnan
SBN: 24087633
jgrinnan@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007

6

Certified Document Number: 108866065 - Page 6 of 7

Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 108866065 - Page 7 of 7

7



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 6, 2023

Certified Document Number:        108866065 Total Pages:  7

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**