# Exhibit C

6/29/2023 3:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77103908
By: Kathy Givens
Filed: 6/29/2023 3:29 PM

Receipt Number: 1000118
Tracking Number: 74186980    EML

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202339064

| | |
|---|---|
| PLAINTIFF: WASHINGTON, LA BRANDON | In the 061st Judicial |
| vs. | District Court of |
| DEFENDANT: BP PRODUCTS NORTH AMERICA INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: BP PRODUCTS NORTH AMERICA INC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201-3136

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on June 26, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 26, 2023.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MONICA JACKSON

Issued at request of:
ARNOLD, KURT BRYNILDE
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24036150

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Certified Document Number: 108945005 - Page 1 of 3

Tracking Number: 74186980   EML

CAUSE NUMBER: 202339064

PLAINTIFF: WASHINGTON, LA BRANDON                    In the 061st

vs.                                                  Judicial District Court

DEFENDANT: BP PRODUCTS NORTH AMERICA INC             of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of
_____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of
_____, 20 _____,
by delivering to _____defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____

FEE:  $ _____          _____

                                 _____ of **ATX Process, LLC**
County, Texas                                    **1411 West 6th Street**
                                                 **Austin, TX  78703**
_____
         Affiant               By: _____
                                         Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

                                 _____
                                         Notary Public

Certified Document Number: 108945005 - Page 2 of 3

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **61st Judicial District Court**

Case Number: 202339064

Plaintiff:
**La Brandon Washington**
vs.
Defendant:
**BP Products North America, Inc.**

For: Arnold & Itkin, LLP

Received by Caleb Malone on the 28th day of June, 2023 at 4:49 pm to be served on **BP Products North America Inc. by serving through its registered agent, CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Dallas County, TX 75201**. I, _Caleb Malone_, being duly sworn, depose and say that on the _29_ day of _June_, 20_23_ at _11 34 A_.m., executed service by delivering a true copy of the **Citation and Plaintiff's Original Petition** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering to _Shano Penrose_ _Intake Specialist_ (title), at _1999 Bryan St Ste 900_ (street), _Dallas_ (city), _Texas_ (state) _75201_ (zip code) _Dallas_ (county) (individual accepting) as

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _29_ day of _June_, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _PSC1574 exp 10/31/23_
Appointed in accordance with State Statutes

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

*Our Job Serial Number:* 2023008972
Ref: La Brandon Washington

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2024
Notary ID 129009130

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

Certified Document Number: 108945005 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 6, 2023

Certified Document Number:        108945005 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**