# Exhibit D

7/21/2023 3:33 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77774122
By: Kathy Givens
Filed: 7/21/2023 3:33 PM

CAUSE NO. 2023-39064

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| BP PRODUCTS NORTH AMERICA INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | 61st JUDICIAL DISTRCIT |

**DEFENDANT BP PRODUCTS NORTH AMERICA INC.'S
ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BP PRODUCTS NORTH AMERICA INC. ("Defendant") in the above-entitled and numbered cause, and files this its Answer to Plaintiff's Original Petition and would respectfully show as follows:

**MOTION TO DISMISS FOR FORUM NON CONVENIENS**

1.    Defendant respectfully asks the Court to dismiss this case for Forum Non Conveniens pursuant to Section 71.051 of the Texas Civil Practices and Remedies Code.

**ORIGINAL ANSWER**

2.    Defendant asserts a general denial as is authorized by Texas Rules of Civil Procedure 92 and denies each and every allegation contained in Plaintiff's Original Petition, and any supplements or amendments thereto, and demands strict proof of each and every allegation by a preponderance of the evidence.  Defendant specifically reserves the right to amend its Answer and Affirmative Defenses, as dictated by additional investigation, discovery, and the interests of justice, and to assert special exceptions, affirmative defenses, special denials, verified denials, other pleas and defenses, and its own claims.  Defendant respectfully requests that the Court, upon

Certified Document Number: 109316728 - Page 1 of 7

final hearing, dismiss all of Plaintiff's claims and award Defendant all relief as may be just and equitable.

## AFFIRMATIVE DEFENSES

Pursuant to Texas Rule of Civil Procedure 94, and without assuming the burden of proof where such burden would be on Plaintiff, Defendant asserts the following affirmative defenses:

3.     Plaintiff's Original Petition fails to state a claim against Defendant upon which relief can be granted.

4.     Defendant reserves the right to challenge this action for forum non conveniens, to the extent that the alleged occurrence at-issue transpired in a foreign jurisdiction.

5.     Defendant avers that Washington law governs the alleged occurrence at issue to the extent that the alleged injury and the alleged conduct causing such alleged injury occurred in Washington, and as such, Washington has the most significant relationship to the issues in this action.

6.     Defendant avers that it was in no way responsible for the incident in question; Defendant was not negligent.

7.     In the alternative, Plaintiff's injuries and damages, if any, and the occurrence made the basis of Plaintiff's suit, if any, were caused by the sole negligence or fault of Plaintiff.

8.     In the alternative, Plaintiff's damages and injuries, if any, and the occurrence made the basis of Plaintiff's suit, if any, were caused by the contributory negligence of Plaintiff and/or by the fault of third parties over whom the Defendant exercised no control or right of control.

9.     In the alternative, in the unlikely event that Defendant is found liable to Plaintiff, Defendant asserts its right to have the amount of damages recoverable from Defendant reduced by

Certified Document Number: 109316728 - Page 2 of 7

the amount of any and all sums Plaintiff has received or may hereafter receive by way of any and all settlements arising from Plaintiff's claims and causes of action herein.

10.     In the alternative, in the event that Texas law applies and in the unlikely event that Defendant is found liable to Plaintiff, Defendant asserts its right to contribution in proportion to the percentage of responsibility attributable to any other Defendants.

11.     In the alternative, Defendant asserts its right of set-off, indemnity, and/or contribution, from Plaintiff and all other parties whom may be at fault or otherwise responsible for liability attributed to Defendant, or for comparative offset and contribution for the allocated fault of third persons pursuant to Revised Code of Washington 4.22.070.

12.     In the alternative, Plaintiff has failed to mitigate his damages, if any.

13.     If Plaintiff has sustained the injuries that he alleges, such injuries are the result of pre-existing or subsequent conditions, injuries, diseases, and disabilities and/or the acts or omissions of parties over which Defendant has no control, and are not the result of any act or omission on the part of Defendant.

14.     Plaintiff voluntarily and knowingly assumed the risks associated with his work.

15.     Plaintiff's damages, if any, were proximately caused by the conduct of third parties over whom Defendant has no control or right of control.

16.     Defendant did not control the manner in which any contractors involved in this incident, including, to the extent applicable, Plaintiff, carried out their work or their employer's work.

17.     In the alternative, Defendant avers it is not liable for Plaintiff's injuries and damages under Chapter 95 of the Texas Civil Practice & Remedies Code because Defendant neither exercised nor retained any control over the manner in which Plaintiff performed his work

Certified Document Number: 109316728 - Page 3 of 7

on its premises, other than the right to order the work to start or stop, or to inspect progress or receive reports.

18.     Defendant avers that Plaintiff's alleged injuries were the result of a sole proximate, new and independent, intervening, and/or a proximate cause unrelated to any act or omission of Defendant.

19.     Alternatively, in the event that Defendant is found liable to Plaintiff, any award of pre-judgment interest must be limited in accordance with §§ 304.101-304.108 of the Texas Finance Code and/or with Washington state law and/or the common law.

20.     Defendant invokes the limitation on recovery for medical and healthcare expenses contained in § 41.0105 of the Texas Civil Practice and Remedies Code.

21.     Defendant affirmatively alleges that to the extent that Plaintiff prays for punitive damages, such request should be denied as violative of the due process protections guaranteed by the Fifth and Fourteenth Amendments to the Constitution of the United States, the provisions of the Eighth Amendment to the Constitution of the United States, and the Constitution of the State of Texas, Art. 1, §§ 13 and 19 and Art. 3, 10, 11, 12, 13, 14, 15, and 19.

22.     To the extent that Plaintiff prays for punitive damages, Defendant invokes the limitations and restrictions on punitive and exemplary damages found in Chapter 41 of the Texas Civil Practice and Remedies Code, including § 41.008, and/or under Washington state law, *see Shoemaker ex rel. Estate of Shoemaker v. Pang*, 105 Wash. App. 1008, *1 (2001).

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final trial and hearing thereof, Plaintiff takes nothing, that Defendant recovers its costs, and for such other and further relief to which it may be entitled.

Certified Document Number: 109316728 - Page 4 of 7

---

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By: _s/Thomas W. Taylor_
    Thomas W. Taylor
    State Bar No. 19723875
    _ttaylor@huntonak.com_
    Georgia L. Lucier
    State Bar No. 24043523
    _glucier@huntonak.com_
    Raymond G. Randle, Jr.
    State Bar No. 24004873
    _rrandle@huntonak.com_
    600 Travis Street, Suite 4200
    Houston, Texas 77002
    (713) 220-4200
    (713) 220-4285 (facsimile)

**ATTORNEYS FOR DEFENDANT
BP PRODUCTS NORTH AMERICA INC.**

Certified Document Number: 109316728 - Page 5 of 7

---

**Defendant BP Products North America Inc.'s Answer to Plaintiff's Original Petition**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, BP Products North America Inc.'s Answer to Plaintiff's Original Petition was served on counsel of record on this 21st day of July 2023, by operation of the Court's electronic filing system.

**Kurt B. Arnold**
SBN: 24036150
karnold@arnolditkin.com
**J. Kyle Findley**
SBN: 24076382
kfindley@arnolditkin.com
**John G. Grinnan**
SBN: 24087633
jgrinnan@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Raymond G. Randle, Jr.*
Raymond G. Randle, Jr.

Certified Document Number: 109316728 - Page 6 of 7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Pierce on behalf of Thomas Taylor
Bar No. 19723875
spierce@hunton.com
Envelope ID: 77774122
Filing Code Description: Answer/ Response / Waiver
Filing Description: Answer
Status as of 7/21/2023 4:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Crystal DeLeon | | cdeleon@arnolditkin.com | 7/21/2023 3:33:08 PM | SENT |
| Kurt Arnold | | e-service@arnolditkin.com | 7/21/2023 3:33:08 PM | SENT |
| Elizabeth Page | | elizabethpage@huntonak.com | 7/21/2023 3:33:08 PM | SENT |
| Raymond G.Randle, Jr. | | rrandle@HuntonAK.com | 7/21/2023 3:33:08 PM | SENT |
| Georgia L.Lucier | | georgialucier@HuntonAK.com | 7/21/2023 3:33:08 PM | SENT |
| Thomas W.Taylor | | ttaylor@andrewskurth.com | 7/21/2023 3:33:08 PM | SENT |
| Kurt Brynilde Arnold | 24036150 | e-service@arnolditkin.com | 7/21/2023 3:33:08 PM | SENT |
| Jonathan Findley | 24076382 | e-service@arnolditkin.com | 7/21/2023 3:33:08 PM | SENT |
| John Grinnan | 24087633 | jgrinnan@arnolditkin.com | 7/21/2023 3:33:08 PM | SENT |

Certified Document Number: 109316728 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 27, 2023

Certified Document Number:        109316728 Total Pages:  7

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**