# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| BP PRODUCTS NORTH AMERICA INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## LIST OF ALL COUNSEL

As required by Local Rule 81, Defendant BP Products North America Inc. provides the following list of counsel:

For Plaintiff La Brandon Washington:

> Kurt B. Arnold
> State Bar No. 24036150
> J. Kyle Findley
> State Bar No. 24076382
> John G. Grinnan
> State Bar No. 24087633
> ARNOLD & ITKIN LLP
> 6009 Memorial Drive
> Houston, Texas 77007
> Telephone: (713) 222-3800
> Facsimile: (713) 222-3850
> *karnold@arnolditkin.com*
> *kfindley@arnolditkin.com*
> *jgrinnan@arnolditkin.com*

> ATTORNEYS FOR PLAINTIFF

For Defendant BP Products North America Inc.:

> Thomas W. Taylor
> State Bar No. 19723875
> Federal Bar No. 3906
> Georgia L. Lucier
> State Bar No. 24043523
> Federal Bar No. 589122

Raymond G. Randle, Jr.
State Bar No. 24004873
Federal Bar No. 23155
Megan E. Brown
State Bar No. 24097428
Federal Bar No. 510120
HUNTON ANDREWS KURTH LLP
4200 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
*ttaylor@huntonak.com*
*glucier@huntonak.com*
*rrandle@huntonak.com*
*mebrown@huntonak.com*

ATTORNEYS FOR DEFENDANT BP PRODUCTS NORTH
AMERICA INC.

DMS 303183636