# Exhibit F

**Harris County Docket Sheet**

# 2023-39064

**COURT:** 061st

**FILED DATE:** 6/26/2023

**CASE TYPE:** Other Injury or Damage



### WASHINGTON, LA BRANDON

Attorney: ARNOLD, KURT BRYNILDE

### vs.

### BP PRODUCTS NORTH AMERICA INC

Attorney: TAYLOR, THOMAS W.

| Docket Sheet Entries | |
|---|---|
| Date | Comment |