# Exhibit G

CAUSE NO. 2023-39064

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| BP PRODUCTS NORTH AMERICA INC. | § § | |
| *Defendant.* | § § | 61st JUDICIAL DISTRCIT |

## NOTICE OF REMOVAL OF STATE COURT ACTION

TO:    Marilyn Burgess, Harris County District Clerk, 201 Caroline, Suite 420, Houston, Texas 77002

Plaintiff, La Brandon Washington, by and through his attorneys of record, Kurt B. Arnold, J. Kyle Findley, John G. Grinnan, Arnold & Itkin LLP, 6009 Memorial Drive, Houston, Texas 77007

PLEASE TAKE NOTICE that on the 28th day of July 2023, Defendant BP Products North America Inc. filed the attached Notice of Removal of Civil Action in the United State District Court for the Southern District of Texas, Houston Division.  The removal was filed in reference to Cause No. 2023-39064; *La Brandon Washington v. BP Products North America Inc.*; pending in the 61st Judicial District Court of Harris County, Texas.

---

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By: _s/ Thomas W. Taylor_
    Thomas W. Taylor
    State Bar No. 19723875
    _ttaylor@huntonak.com_
    Georgia L. Lucier
    State Bar No. 24043523
    _glucier@huntonak.com_
    Raymond G. Randle, Jr.
    State Bar No. 24004873
    _rrandle@huntonak.com_
    Megan E. Brown
    State Bar No. 24097428
    _mebrown@huntonak.com_
    600 Travis Street, Suite 4200
    Houston, Texas 77002
    (713) 220-4200
    (713) 220-4285 (facsimile)

**ATTORNEYS FOR DEFENDANT**
**BP PRODUCTS NORTH AMERICA INC.**

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, BP Products North America Inc.'s Answer to Plaintiff's Original Petition was served on counsel of record on this 28th day of July 2023, by operation of the Court's electronic filing system.

**Kurt B. Arnold**
SBN: 24036150
karnold@arnolditkin.com
**J. Kyle Findley**
SBN: 24076382
kfindley@arnolditkin.com
**John G. Grinnan**
SBN: 24087633
jgrinnan@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Georgia L. Lucier*
Georgia L. Lucier