United States District Court
Southern District of Texas

**ENTERED**

June 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA BRANDON WASHINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-2781 |
| | § | |
| BP PRODUCTS NORTH AMERICA INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSES

Before the Court are two motions to enforce settlements filed by Defendants Daily Instruments Corporation and BP Products North America, Inc. Plaintiff La Brandon Washington is **ORDERED** to file responses to the motions **by June 29, 2026 at 5:00 p.m.**

SIGNED at Houston, Texas on June 26, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1